IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1551-09






OSCAR RENE BENAVIDEZ, Appellant



v.



THE STATE OF TEXAS





ON STATE'S PETITION FOR DISCRETIONARY REVIEW


FROM THE THIRTEENTH COURT OF APPEALS


HIDALGO COUNTY





 Hervey, J., filed a dissenting opinion in which Keller, P.J., joined. 


DISSENTING OPINION 



 I respectfully dissent. I agree with the Court's decision that "the court of appeals was not
justified in ordering the entry of an acquittal." Maj. op. at 6. I also agree with the Court's decision
that this case should be remanded to the court of appeals. Maj. op. at 9. I believe that the Court
should, however, simply remand this case to the court of appeals for further proceedings not
inconsistent with its opinion.


 I respectfully dissent.

 Hervey, J.

Filed: October 20, 2010

Publish